UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 15-07843 SJO (FFMx)     **DATE:** April 12, 2016

**TITLE:** William Hoffman v. Frances McCaffrey

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                               Not Present
Courtroom Clerk                  Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                            Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal [#20] filed by Receiver William J Hoffman on 04/11/2016. Dismissal is With Prejudice. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.